| CO. | FILE | DEPT. | CLOCK | NUMBER | 0/0 |
|---|---|---|---|---|---|
| 2CE | 000119 | 005100 | 0065186945 | 1 | |
| | SEQ 000078 | | | | |

**Earnings Statement** ADP

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO 80223-3206

Period Beginning: 02/24/2020
Period Ending: 03/01/2020
Pay Date: 03/06/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 6
  CO: 6

JOSHUA J FRASHUER
23402 E CHENANGO PL
AURORA CO 80016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1,080.00 | 7,341.00 |
| Overtime | 40.5000 | .50 | 20.25 | 20.25 |
| **Gross Pay** | | | **$1,100.25** | 7,361.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 40.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -37.53 | 136.07 |
| | Social Security Tax | -68.22 | 456.40 |
| | Medicare Tax | -15.96 | 106.74 |
| | CO State Income Tax | -43.82 | 170.65 |
| **Other** | | | |
| | Garnishment | -233.68 | 807.03 |
| **Net Pay** | | **$701.04** | |
| **Net Check** | | **$701.04** | |

Your federal taxable wages this period are $1,100.25

```
2CE   000119  005100      0000090012    1
```

## Earnings Statement

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO   80223-3206

Period Beginning: 02/17/2020
Period Ending:    02/23/2020
Pay Date:         02/28/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:  6
  CO:       6

JOSHUA J FRASHUER
23402 E CHENANGO PL
AURORA CO 80016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 30.00 | 810.00 | 6,261.00 |
| **Gross Pay** | | | **$810.00** | 6,261.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -8.50 | 98.54 |
| | Social Security Tax | -50.22 | 388.18 |
| | Medicare Tax | -11.74 | 90.78 |
| | CO State Income Tax | -30.38 | 126.83 |
| | **Other** | | |
| | Garnishment | -177.29 | 573.35 |
| | **Net Pay** | **$531.87** | |
| | CHECKING | -531.87 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 30.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $810.00

© 2000 ADP, LLC

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO   80223-3206

Advice number:  00000090012
Pay date:       02/28/2020



**Deposited to the account of**        account number    transit ABA        amount
JOSHUA J FRASHUER                      xxxxxx9324        xxxx xxxx          $531.87

**NON-NEGOTIABLE**

```
C2D-11841-KHT    Doc#:7CHR Filed:03/12
2CE   000119  005100      0000080012    1
```

# Earnings Statement

**ADP**

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO   80223-3206

Period Beginning:   02/10/2020
Period Ending:      02/16/2020
Pay Date:           02/21/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
 Federal:   6
 CO:        6

JOSHUA J FRASHUER
23402 E CHENANGO PL
AURORA CO 80016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 8.00 | 184.00 | 5,451.00 |
| Regular | 27.0000 | 30.00 | 810.00 | |
| **Gross Pay** | | | **$994.00** | 5,451.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 38.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -26.90 | 90.04 |
| Social Security Tax | | -61.63 | 337.96 |
| Medicare Tax | | -14.41 | 79.04 |
| CO State Income Tax | | -38.90 | 96.45 |
| **Other** | | | |
| Garnishment | | -213.04 | 396.06 |
| **Net Pay** | | **$639.12** | |
| CHECKING | | -639.12 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $994.00

© 2000 ADP, LLC

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO   80223-3206

Advice number:   00000080012
Pay date:        02/21/2020



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **JOSHUA J FRASHUER** | xxxxxx9324 | xxxx xxxx | $639.12 |

# NON-NEGOTIABLE

```
CO ID     BATCH     DEPT :  VCHR
2CE    000119   005100       0000070010     1
```

SHAMROCK  PAINTING  INC.
1277  S  CHEROKEE  STREET
DENVER,COLORADO     80223-3206

Period Beginning:   02/03/2020
Period Ending:      02/09/2020
Pay Date:           02/14/2020

# Earnings Statement

ADP

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   6
   CO:        6

JOSHUA  J  FRASHUER
23402  E  CHENANGO  PL
AURORA  CO  80016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 2.75 | 63.25 | 4,457.00 |
| Gross Pay | | | $63.25 | 4,457.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -3.92 | 276.33 |
| | Medicare Tax | -0.92 | 64.63 |
| | Federal Income Tax | | 63.14 |
| | CO State Income Tax | | 57.55 |
| | **Other** | | |
| | Garnishment | | 183.02 |
| | **Net Pay** | **$58.41** | |
| | CHECKING | -58.41 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 2.75 | |

**Important Notes**
BASIS OF PAY: HOURLY

Your  federal  taxable  wages  this  period  are  $63.25

© 2000 ADP, LLC

SHAMROCK  PAINTING  INC.
1277  S  CHEROKEE  STREET
DENVER,COLORADO     80223-3206

Advice number:   00000070010
Pay date:        02/14/2020



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| JOSHUA  J  FRASHUER | xxxxxx9324 | xxxx  xxxx | $58.41 |

# NON-NEGOTIABLE

```
C2CE  000119  005100      0000060010    1
2CE
```

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO    80223-3206

## Earnings Statement

ADP

Period Beginning:  01/27/2020
Period Ending:     02/02/2020
Pay Date:          02/07/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    6
  CO:         6

JOSHUA J FRASHUER
23402 E CHENANGO PL
AURORA CO 80016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 36.50 | 839.50 | 4,393.75 |
| **Gross Pay** | | | **$839.50** | 4,393.75 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 36.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.45 | 63.14 |
| | Social Security Tax | -52.05 | 272.41 |
| | Medicare Tax | -12.17 | 63.71 |
| | CO State Income Tax | -31.75 | 57.55 |
| | **Other** | | |
| | Garnishment | -183.02 | 183.02 |
| | **Net Pay** | **$549.06** | |
| | CHECKING | -549.06 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $839.50

© 2000 ADP, LLC

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO    80223-3206

**Advice number:** 00000060010
**Pay date:** 02/07/2020



**Deposited to the account of**
JOSHUA J FRASHUER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9324 | xxxx xxxx | $549.06 |

## NON-NEGOTIABLE

```
C2D1   NHPT     CHR
2CE    000119   005100      0000050010      1
```

**Earnings Statement**

ADP

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO   80223-3206

Period Beginning:  01/20/2020
Period Ending:     01/26/2020
Pay Date:          01/31/2020

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  6
  CO:       6

JOSHUA J FRASHUER
23402 E CHENANGO PL
AURORA CO 80016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 39.75 | 914.25 | 3,554.25 |
| **Gross Pay** | | | **$914.25** | 3,554.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.93 | 51.69 |
| | Social Security Tax | -56.68 | 220.36 |
| | Medicare Tax | -13.26 | 51.54 |
| | CO State Income Tax | -9.39 | 25.80 |
| | **Net Pay** | **$815.99** | |
| | CHECKING | -815.99 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 39.75 | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $914.25

© 2000 ADP, LLC

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO   80223-3206

Advice number:  00000050010
Pay date:       01/31/2020



**Deposited to the account of**
JOSHUA J FRASHUER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9324 | xxxx xxxx | $815.99 |

**NON-NEGOTIABLE**

```
CO:ID    DEPT:   CLOCK:   VCHR:
2CE      000119  005100   0000040010   1
```

**Earnings Statement**

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO 80223-3206

Period Beginning: 01/13/2020
Period Ending: 01/19/2020
Pay Date: 01/24/2020

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 6
   CO: 6

JOSHUA J FRASHUER
23402 E CHENANGO PL
AURORA CO 80016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 34.75 | 799.25 | 2,640.00 |
| Regular | 28.0000 | 8.00 | 224.00 | |
| **Gross Pay** | | | **$1,023.25** | 2,640.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -29.83 | 32.76 |
| | Social Security Tax | -63.44 | 163.68 |
| | Medicare Tax | -14.84 | 38.28 |
| | CO State Income Tax | -14.43 | 16.41 |
| | **Net Pay** | **$900.71** | |
| | CHECKING | -900.71 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 42.75 | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,023.25

© 2000 ADP, LLC

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO 80223-3206

Advice number: 00000040010
Pay date: 01/24/2020

**Deposited to the account of**
JOSHUA J FRASHUER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9324 | xxxx xxxx | $900.71 |




**NON-NEGOTIABLE**

```
C2CE  NHHT    VCHR     IDC
2CE   000119  005100   0000030010   1
```

# Earnings Statement

**ADP**

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO   80223-3206

Period Beginning:  01/06/2020
Period Ending:     01/12/2020
Pay Date:          01/17/2020

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:  6
  CO:       6

JOSHUA J FRASHUER
23402 E CHENANGO PL
AURORA CO 80016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 15.75 | 362.25 | 1,616.75 |
| Regular | 28.0000 | 14.00 | 392.00 | |
| **Gross Pay** | | | **$754.25** | 1,616.75 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 29.75 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2.93 | 2.93 |
| | Social Security Tax | -46.76 | 100.24 |
| | Medicare Tax | -10.93 | 23.44 |
| | CO State Income Tax | -1.98 | 1.98 |
| | **Net Pay** | **$691.65** | |
| | CHECKING | -691.65 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $754.25

© 2000 ADP, LLC

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO   80223-3206

Advice number:  00000030010
Pay date:       01/17/2020



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **JOSHUA J FRASHUER** | xxxxxx9324 | xxxx xxxx | $691.65 |

# NON-NEGOTIABLE

```
2CE   000119  005100      0000010010    1
```

# Earnings Statement

![ADP]

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO  80223-3206

Period Beginning: 12/23/2019
Period Ending:    12/29/2019
Pay Date:         01/03/2020

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal: 6
   CO:      6

JOSHUA J FRASHUER
23402 E CHENANGO PL
AURORA CO 80016

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 24.50 | 563.50 | 563.50 |
| **Gross Pay** | | | **$563.50** | 563.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 24.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -34.94 | 34.94 |
| | Medicare Tax | -8.17 | 8.17 |
| **Net Pay** | | | **$520.39** |
| | CHECKING | -520.39 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $563.50

© 2000 ADP, LLC

SHAMROCK PAINTING INC.
1277 S CHEROKEE STREET
DENVER, COLORADO  80223-3206

**Advice number:** 00000010010
**Pay date:** 01/03/2020



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **JOSHUA J FRASHUER** | xxxxxx9324 | xxxx xxxx | $520.39 |

**NON-NEGOTIABLE**